# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET  2ND FLOOR  NEW YORK  NY  10013
PHONE 212.620.0938  FAX 646.998.1972

March 23, 2020

**VIA ECF**
Hon. Nancy Hershey Lord
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201
Attn: Angela Howard, Courtroom Deputy

      Re:     **Peter Plevrites.; Case No. 19-47139 (NHL)**
                 **Maredin Rest. Corp.; Case No. 19-46573 (NHL)**

Dear Ms. Howard:

      Our office represents the above referenced chapter 11 debtors. We respectfully write this letter to confirm that the case status conference scheduled for March 24, 2020 at 10:30 a.m. has been adjourned on consent to May 5, 2020 at 11:00 a.m.  This adjournment is on consent of the Office of the United States Trustee.

      Should you have any questions or concerns, please do not hesitate to contact our office.

      Respectfully Submitted,

      /s/ Brian J. Hufnagel
      Brian J. Hufnagel